UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:04-CR-504-JCM-GWF |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SYREETA LAJOY JONES ) | |
| ) | |
| Defendant. ) | |

FILED ENTERED
RECEIVED SERVED ON
COUNSEL/PARTIES OF RECORD
MAR 16 2017
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#138) on September 14, 2006. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: WELLS FARGO BANK
Amount of Restitution: $1,371.56

Name of Payee: NEVADA STATE BANK
Amount of Restitution: $13,543.12

Name of Payee: CLERK, US DISTRICT COURT DISTRICT OF ARIZONA
Amount of Restitution: $46,313.85

**Total Amount of Restitution ordered:** $61,228.53

Dated this _14th_ day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE